# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOSE SANCHEZ GUILLEN, <br><br> *Plaintiff* <br> v. <br><br> ROBERT L. HERZOG and TIMOTHY THRASHER, <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 4:16-CV-5092-EFS <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants Motion for Summary Judgment, ECF No. 36, is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. JUDGMENT is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on a motion for summary judgment ECF No. 36.

Date: August 23, 2017

*CLERK OF COURT*

SEAN F. McAVOY

*(By) Deputy Clerk*

s/Sean F. McAvoy